UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>1.  JOHN EVANS, and )<br>)<br>2.  JOSEPH PETRUCELLI, )<br>)<br>    Defendants. ) | CRIMINAL NO. 15cr10211<br><br>VIOLATIONS:<br><br>18 U.S.C. § 1955<br>Illegal Gambling Business<br><br>18 U.S.C. §§ 981(a)(1)(C), 1955(d) &<br>28 U.S.C. § 2461(c)<br>Criminal Forfeiture Allegations |

## INDICTMENT

**COUNT ONE:**      (18 U.S.C. § 1955(a) - Illegal Gambling Business)

The Grand Jury charges that:

From a date unknown to the Grand Jury, but from at least in or about 2009, and continuing thereafter until a date unknown to the Grand Jury, but to at least in or around April 2014, in the District of Massachusetts, the defendants,

1. JOHN EVANS, and
2. JOSEPH PETRUCELLI,

and others known and unknown to the Grand Jury, conducted, financed, managed, supervised, directed, and owned all and part of an illegal gambling business which was in violation of the laws of the Commonwealth of Massachusetts (Chapter 271, Sections 16A, 17, and 17A of the General Laws of the Commonwealth of Massachusetts), involved five or more persons who conducted, financed, managed, supervised, directed, and owned all and part of such business, and was in substantially continuous operation for a period in excess of thirty days and had a gross revenue of $2,000 in any single day.

All in violation of Title 18, United States Code, Section 1955.

**CRIMINAL FORFEITURE ALLEGATIONS**  (18 U.S.C. §§ 1955(d), 981(a)(1)(C) and
28 U.S.C. § 2461(c))

The Grand Jury further charges that:

1. Upon conviction of the offense alleged in Count One of this indictment,

      1.    **JOHN EVANS, and**
      2.    **JOSEPH PETRUCELLI,**

defendants herein, jointly and severally, shall forfeit to the United States, pursuant to 18 U.S.C. § 1955(d) and 28 U.S.C. § 2461(c), any property, including money, used in the offense in violation of 18 U.S.C. § 1955(a), and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

    a. a money judgment equal to the total amount of money used in the illegal gambling business charged in Count One;

    b. a money judgment equal to the total amount of money obtained as proceeds of the illegal gambling business charged in Count One;

    c. the real property located at 1 Seal Harbor Road, Apartment 407, Winthrop, Massachusetts, including all appurtenances and improvements thereon, as described in more detail in a deed recorded at Book 50983 and Page 194 of the Suffolk County, Massachusetts Registry of Deeds;

    d. one 2004 red Cadillac CTS sedan, bearing Vehicle Identification Number 1G6DM577X40143200 and Massachusetts Registration RS702V;

    e. $13,808 in United States currency, seized on or about October 11, 2013, from 1 Seal Harbor Road, Apartment 407, Winthrop, Massachusetts;

    f. various jewelry, seized on or about October 11, 2013, from 1 Seal Harbor Road, Winthrop, Massachusetts;

    g. a black BB gun, seized on or about October 11, 2013, from 1 Seal Harbor Road, Winthrop, Massachusetts;

  h. a check in the amount of $100, made payable to cash, seized on or about October 11, 2013, from 1 Seal Harbor Road, Winthrop, Massachusetts; and

  i. $4,131 in United States currency, seized from John Evans on March 25, 2014.

2. If any of the property described in paragraph 1 above, as a result of any act or omission of the defendants:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1 above.

  All pursuant to Title 18, United States Code, Sections 1955(d), 981(a)(1)(C), Title 28, United States Code, Section 2461(c).

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
Timothy E. Moran
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; August 4, 2015.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

8/4/15 @ 1:47pm